IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSHUA L. LYONS,<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§ | EP-22-CV-363-DB |
| HUDSPETH COUNTY SHERIFF, *et al.*,<br>Defendants. | | |

## FINAL JUDGMENT

In accordance with the Dismissal Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff Joshua L. Lyons' amended civil rights complaint (ECF No. 10), and all the claims he asserts in his lawsuit, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 22nd day of December 2022.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE